

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  |  |  |
|---|---|---|
| | § | |
| In Re: Purported Mechanical and Materialman's Lien Claim of Lien Against Pellicano Business Park, L.L.C., | § | No. 08-16-00291-CV |
| | § | Appeal from the |
| Appellant. | § | County Court at Law No. 7 |
| | § | of El Paso County, Texas |
| | § | (TC# 2012-DCV06341) |
| | § | |

## O R D E R

On December 8, 2016, we entered an order staying the above-styled and numbered appeal pending the Fifth Circuit's resolution of cause number 16-51335, styled *Rosa Serrano v. El Paso County Court #7, Honorable Virgil Mulanax, Pellicano Business Park, L.L.C., Pellicano Plaza Warehouse Owner's Association, Lone Star Title Company, Old Republic National Title Insurance Company and Citi Bank, Texas.* The Fifth Circuit dismissed cause number 16-51335 for want of prosecution on January 25, 2017. We therefore reinstate this appeal.

IT IS SO ORDERED this 16th day of February, 2017.


PER CURIAM


Before McClure, C.J., Rodriguez and Palafox, JJ.